**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Angela McGowan, Trustee for the next-of-kin of
Jon Ross Wentz deceased,

                Plaintiff,                  No. 0:25-cv-03834-LMP-DJF

      v.

Evergreen Recovery, Inc., Second Chances Sober
Living, Inc., Second Chances Recovery Housing,
Inc., Michael A. Slattery, and Joseph Francis
Sandoval II,

                Defendants.

---

## STIPULATION OF DISMISSAL WITH AND WITHOUT PREJUDICE

**WHEREAS**, Pursuant to Docket No. 11, this Court's Order directed Plaintiff, Angela McGowan, by February 19, 2026, to provide another settlement status letter or file a Stipulation of Dismissal;

**WHEREAS**, all parties, with the exception of Defendant Joseph Francis Sandovall II, came to an agreement of settlement on November 25, 2025;

**NOW THEREFORE**, Plaintiff, Angela McGowan, Trustee for the next-of-kin of Jon Ross Wentz, deceased, through her undersigned counsel and pursuant to Fed. R. Civ. P. 41, and Defendants, Evergreen Recovery, Inc., Second Chances Sober Living, Inc., Second Chances Recovery Housing, Inc., and Michael A. Slattery, by through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate and give notice that the above-captioned action is (1) dismissed with prejudice as to Defendants Evergreen Recovery, Inc., Second Chances Sober Living, Inc., Second Chances Recovery Housing, Inc., Michael A. Slattery, and (2) voluntarily dismissed without prejudice as to Joseph Francis Sandovall II, with each party to bear its, her, or his own fees and costs.

Dated:  January 27, 2026     LINDELL & LAVOIE, LLP

          BY: */s/Benjamin A. Lavoie*
          James A. Lavoie ARN 61232
          lavoie@lindellandlavoie.com
          Andjelka R. Moline, ARN 0402375
          amoline@lindellandlavoie.com
          Benjamin A. Lavoie, ARN 0341721
          benlavoie@lindellandlavoie.com
          431 South 7th Street, Suite 2420
          Minneapolis, MN, 55415
          612/339-8811

          ATTORNEYS FOR PLAINTIFF

Dated:  January 27, 2026     TOMSCHE, SONNESYN & TOMSCHE, P.A.

          BY: */s/Michael J. Tomsche*
          Michael J. Tomsche ARN 0213512
          mtomsche@tstlaw.com
          McKaylee E. Berg, ARN 0506088
          mberg@tstlaw.com
          1000 Shelard Parkway, Suite 400
          Minneapolis, MN, 55426
          612/520-8611

          ATTORNEYS FOR DEFENDANT
          MICHAEL A. SLATTERY