IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Angela McGowan, Trustee for the next-of-kin of Jon Ross Wentz deceased,

        Plaintiff,

v.

Evergreen Recovery, Inc., Second Chances Sober Living, Inc., Second Chances Recovery Housing, Inc., Michael A. Slattery, and Joseph Francis Sandoval II,

        Defendants.

No. 0:25-cv-03834-LMP-DJF

**(PROPOSED) ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE**

Based on the Stipulation of Dismissal With and Without Prejudice (Docket No. 12) the Court enters this Order dismissing this action with prejudice as to Defendants Evergreen Recovery, Inc., Second Chances Sober Living, Inc., Second Chances Recovery Housing, Inc., and Michael A. Slattery, and (2) voluntarily dismissing this action without prejudice as to Joseph Francis Sandovall II, with each party to bear its, her, or his own fees and costs.

IT IS SO ORDERED.

Dated: _____

DULCE J. FOSTER
United States Magistrate Judge